Opinion issued November 16, 2010


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00996-CV

———————————

IN RE KIMBERLY TAYLOR, Relator



 



 

Original Proceeding on Petition for Writ of Injunction



 



 

MEMORANDUM OPINION[1]

          Relator,
Kimberly Taylor, has filed a “Petition to Remove Cloud and Quiet Title” to
certain property, requesting emergency relief from a writ of possession on and
notice to vacate that property.  We
construe Relator’s filing as a petition for writ of injunction, seeking to
enjoin execution of the writ of possession on and notice to vacate the property.[2]  

We deny the petition for
writ of injunction.  

Per Curiam

Panel
consists of Chief Justice Radack and Justices Jennings and Keyes.

 











[1]
          The underlying case is Federal National Mortgage Assoc., A/K/A
Fannie Mae v. Mathew Schonacher et al., No. 967,125 in the County Court at
Law Number 3 of Harris County, Texas, the Hon. Linda Storey presiding.  





[2]
          Relator is proceeding pro se and
also has filed a notice of appeal from the final judgment in the underlying
proceeding.